DECIDED JANUARY 15, 1935.

### 24511. FAUST v. THE STATE.

GUERRY, J. No error of law is complained of. There is direct evidence of the defendant's guilt. The court did not err in overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JANUARY 15, 1935.

*James R. Venable, Frank A. Bowers, J. B. Wood, Robert Mc-
Ginley,* for plaintiff in error.

*John S. McClelland, solicitor, John A. Boykin, solicitor-general,
J. W. LeCraw,* contra.